IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDDIE J. SYKES, )
 )
 Plaintiff, )
 )
vs. ) CIVIL NO. 08-76-DRH
 )
DAVID ALFON, *et al.*, )
 )
 Defendants. )

# JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's medical claims and his claims concerning the use of disparaging words is dismissed as legally frivolous. Dismissal of these claims is with prejudice. Plaintiff's due process claims concerning his disciplinary proceeding are dismissed without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

July 2, 2008 By: /s/ DavidRHerndon
*Date* *District Judge*